# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  5:16-cr-18 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| STUART J. BOYKIN, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Superseding Violation Report was filed in this case on February 22, 2024. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on February 28, 2024. The defendant admitted to the following violations:

1. Unauthorized Travel;
2. Uncharged Criminal Activity; and
2. Unauthorized Use of Drugs.

The magistrate judge filed a report and recommendation on February 28, 2024, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, 2, and 3.

A final supervised release violation hearing was conducted on March 18, 2024. Present were the following: Assistant United States Attorney David Toepfer, representing the United States; Attorney J. Reid Yoder, representing the defendant; the defendant Stuart J. Boykin, and United States Probation Officer Amanda Cambeiro.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, and 3.

IT IS ORDERED that the defendant is committed to the custody of the Bureau of Prisons for a term of 12 months, with credit for time served to date. Following release from imprisonment, the defendant shall serve a term of supervised release of 2 years with the same terms and conditions as previously imposed. Defendant remanded.

**IT IS SO ORDERED**.

Dated: March 18, 2024

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**